**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1384-18T1

ABIMAEL GONZALEZ,

 Plaintiff-Respondent,

v.

LESLIE FELDMAN,

 Defendant-Appellant.

_____

    Submitted November 12, 2019 – Decided November 20, 2019

    Before Judges Ostrer and Vernoia.

    On appeal from the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. L-2463-16.

    Purcell, Mulcahy & Flanagan, LLC, attorneys for appellant (Rita F. Barone, on the briefs).

    Stathis and Leonardis, LLC, attorneys for respondent (Gregory A. Stathis, of counsel; Randi S. Greenberg, on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1384-18T1